ACCEPTED
01-15-00726-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
10/21/2015 3:34:59 PM
CHRISTOPHER PRINE
CLERK

NO. 01-15-00726-CR

IN THE FIRST COURT OF APPEALS
HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

10/21/2015 3:34:59 PM

CHRISTOPHER A. PRINE
Clerk

KENTRELL MAURICE BUTLER

*Appellant,*

V.

STATE OF TEXAS,

*Appellee.*

ON APPEAL FROM THE 180TH DISTRICT COURT, HARRIS COUNTY,
TEXAS TRIAL COURT CAUSE NO. 1390406

**APPELANT'S FIRST MOTION FOR EXTENSION OF TIME
TO FILE APPELLANT'S BRIEF**

THE CLOUD LAW FIRM
Carvana Cloud
Texas Bar No. 24048544
850 W. Little York Rd., Ste. B
Houston, Texas 77091
Telephone:  832-230-4210
Fax: 832-230-4684

*Counsel for Appellant*

1

**TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS**:

Pursuant to TEX. R. APP. P. 10.1 and 38.6(d), the Appellant, KENTRELL MAURICE BUTLER, files this Appellant's First Motion to Extend Time to File Appellant's Brief.

1.      The Appellant was convicted in the 180th District Court of Harris County, Texas, the Honorable Catherine Evans presiding, on August 14, 2015 of the offense of Aggravated Robbery with a Deadly Weapon in Cause Number 1390406, styled State of Texas v. Kentrell Maurice Butler.  The jury assessed against Appellant a punishment of fourteen (14) years in the Texas Department of Corrections.

2.      Appellant's opening brief is currently due on November 13, 2015.

3.      Pursuant to Rule 10.5 (b) of the Texas Rules of Appellate Procedure, counsel for Appellant requests a 60-day extension of time to file its brief, making the brief due on January 15, 2016.  This is the first request for extension of time to file the opening brief.

4.      Counsel for Appellant relies on the following reasons, in addition to the routine matters that counsel must attend to in daily practice, to explain the need for the requested extension:

- Counsel for Appellant, Carvana Cloud, has been preparing additional appellate briefs in other cases, and it has been impossible to reach this case for study and analysis and preparation of the Brief for Appellant.
- The undersigned counsel has been was appointed by the Court to represent the Appellant one month after her father died and due to personal reasons regarding

2

her bereavement, needs additional time to meet with Appellant and familiarize herself with the record and legal issues in the case in order to prepare Appellant's opening brief.

5.      Counsel for Appellant seeks this extension of time to be able to prepare a succinct brief to aid this Court in its analysis of the issues presented. Additionally, the court reporter's record was filed on October 13, 2015.  This request is not sought for delay but so that justice may be done.

6.      All facts recited in this motion are within the personal knowledge of the counsel signing this motion; therefore no verification is necessary under Rule of Appellate Procedure 10.2.

**PRAYER FOR RELIEF**

For the reasons set forth above, Appellant requests that this Court grant this Unopposed First Motion to Extend Time to File Appellant Brief and extend the Deadline for Filing the Appellant Brief up to and including January 13, 2016.

Respectfully submitted,

_____/s/ Carvana Hicks Cloud_____

**CARVANA CLOUD**

*Counsel for Appellant*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of Appellant's Motion for Extension of Time was served by electronic service and the electronic transmission was reported as complete on this 21st day of October 2015 upon the following person: Alan Curry at curry_alan@dao.hctx.net.

Date: October 21, 2015

_____/s/ Carvana Hicks Cloud_____

**CARVANA CLOUD**
TEXAS BAR NO. 24048544
850 W. LITTLE YORK RD, STE. B
HOUSTON, TEXAS 77091
TEL: 832-230-4210
FAX: 832-230-4684
carvana@cloudlawfirm.net